UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-111-MOC-WCM

| | |
|---|---|
| CODY SURRETT o/b/o JENNIFER RAYFIELD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) ) |

Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing the decision in this case with a remand of the case for further administrative proceedings. (Doc. No. 5). Plaintiff's attorney does not oppose Defendant's motion for remand.

The motion is **GRANTED**. Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Signed: October 18, 2024

Max O. Cogburn Jr.
United States District Judge